UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MARK EHIANETA ARHEBAMEN

      Plaintiff,

                                                Case Number 11-13927
                                                Honorable Thomas L. Ludington

v.

DEPARTMENT OF HOMELAND SECURITY
and IMMIGRATION AND CUSTOMS
ENFORCEMENT,

      Defendants.
                                                     /

**ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE**

On September 9, 2011, Plaintiff Mark Ehianeta Arhebamen ("Plaintiff"), an inmate housed in Saint Clare County Jail in Port Huron, Michigan, filed a complaint against the Department of Homeland Security and Immigration and Customs Enforcement. Plaintiff's complaint, however, is incoherent. The complaint provides no explanation of Plaintiff's status as an inmate, no information of the proceeding he alleges to contest, and the documents he has furnished provide no additional clarification.

Pursuant to Federal Rule of Civil Procedure 8, a pleading must provide an explanation of the relief a party seeks and the factual circumstances giving rise to the claim for relief. Plaintiff's complaint does not meet the basic pleading requirements.

Accordingly, it is **ORDERED** that Plaintiff's complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.

                                                      s/Thomas L. Ludington
                                                     THOMAS L. LUDINGTON
                                                     United States District Judge

Dated: October 6, 2011

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on October 6, 2011.

                                      s/Tracy A. Jacobs
                                      TRACY A. JACOBS